**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Riley S. Kuntz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Texas Guaranteed Student Loans, | ) | Case No. 1:17-cv-032 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation for Order of Dismissal with Prejudice" filed by the parties

on May 31, 2017. The court **ADOPTS** the parties' stipulation (Docket No. 21). The above-entitled

action is **DISMISSED** with prejudice and without any costs to any party.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 1st day of June, 2017.

　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court